AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00120 |
| Nicholas DeCarlo | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assign Date: 1/19/2021 |
| AKA: Dick Necarlo a/k/a Dick Lambaste | ) Description: COMPLAINT W/ARREST WARRANT |
| Date of Birth: XXXXXXXX | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                    *Offense Description*

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding;
18 U.S.C. 1752(a)(1) & (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. 5104(e)(2)(G)- Parading or Demonstrating on Capitol Grounds

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jennifer Schick, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/19/2021

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*