UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :      Case No. 21-Cr.- 73-1 (BAH)

v.      :

NICHOLAS DECARLO      :

Defendant.      :

<u>NOTICE OF ENTRY OF APPEARANCE</u>

       The Clerk of this Court and all parties herein shall take Notice that undersigned counsel

is entering an appearance under the Criminal Justice Act for defendant DeCarlo:

       Robert Feitel, Esquire
       Law Office of Robert Feitel
       1300 Pennsylvania Avenue, N.W.
       190-515
       Washington, D.C.  20004
       D.C. Bar No. 366673
       202-450-6133 (office)
       202-255-6637 (cellular)
       RF@RFeitelLaw.com

       Respectfully submitted,

       *Robert Feitel*

       _____
       Robert Feitel, Esquire
       Law Office of Robert Feitel
       1300 Pennsylvania Avenue, N.W.
       #190-515
       Washington, D.C.  20004
       D.C. Bar No. 366673
       202-450-6133 (office)
       202-255-6637 (cellular)
       RF@RFeitelLaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney Christopher Berridge, 555 4th Street, N.W. Washington, D.C. this 3rd day of March, 2021.

*Robert Feitel*

_____

Robert Feitel