UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-Cr.- 73-1 (BAH) |
| v. | : | |
| NICHOLAS DECARLO | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION TO**
**MODIFY RELEASE CONDITIONS**

    Defendant Nicolas DeCarlo is currently on pretrial release, subject to certain conditions, including GPS monitoring, a curfew, and regular reporting to Pretrial Services. He movement is also restricted to the Northern District of Texas. The defendant's pretrial release Order (DE 27) is attached hereto for ease of reference. The defendant requests permission to be allowed to travel outside of the Northern District of Texas for purposes of employment. The undersigned contacted Government counsel who does not oppose this request. The parties propose that the release order be amended to allow Mr. DeCarlo to travel anywhere in the State of Texas for work purposes, so long as he provides his Pretrial Services officer notice of the trip forty-eight hours in advance, as well as where he will be staying. The defense also requests that the curfew not apply during any such trips. An appropriate draft Order is attached hereto for the Court's consideration.

                                                                     Respectfully submitted,

                                                                    *Robert Feitel*
                                                                    _____
                                                                    Robert Feitel, Esquire
                                                                    Law Office of Robert Feitel
                                                                    1300 Pennsylvania Avenue, N.W.
                                                                    #190-515

Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney Christopher Berridge, 555 4th Street, N.W. Washington, D.C. this 12th day of March, 2021.

*Robert Feitel*

_____
Robert Feitel