AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Nicholas DeCarlo<br>AKA: Dick Necarlo a/k/a Dick Lambaste<br><br>*Defendant* | Case: 1:21-mj-00120<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/19/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Nicholas DeCarlo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding;
18 U.S.C. 1752(a)(1) & (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. 5104(e)(2)(G)- Parading or Demonstrating on Capitol Grounds

Date: 01/19/2021                                        2021.01.19 14:39:42 -05'00'
                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                      Zia M. Faruqui, U.S. Magistrate Judge
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 01/19/21, and the person was arrested on *(date)* 01/26/21
at *(city and state)* Burleson, TX.

Date: 01/26/21                                          *Arresting officer's signature*

                                                        Seth D. Webb, Special Agent FBI
                                                        *Printed name and title*