UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-Cr.- 73- (BAH) |
| v. | : | |
| NICHOLAS DECARLO | : | |
| Defendant. | : | |

**DEFENDANTS' UNOPPOSED MOTION**
**FOR ADDITIONAL TIME TO FILE REPLY MEMORANDUM**

    Defendants Nicholas DeCarlo respectfully move this Court for additional time to file a Reply Memorandum in support of its Motion To Dismiss Counts One and Two (DE 55) until January 10, 2022. Undersigned has communicated with the prosecutor assigned to this matter, who does not object to the additional time. Undersigned counsel has been working diligently on the reply memorandum, but drafting the pleading required an extensive review of hundreds of the other Indictments filed in cases involving the events of January 6, 2022. The next status in this case is currently scheduled for Friday, January 14, 2022.

    An appropriate draft Order is attached hereto for the Court's review.

    Respectfully submitted,

*Robert Feitel*
_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney (detailee) Alexis Loeb, 555 4th Street, N.W. Washington, D.C. this 6thst day of January, 2022.

*Robert Feitel*

_____
Robert Feitel