UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-73-BAH |
| | : | |
| | : | |
| NICHOLAS DeCARLO, | : | |
| also known as "Dick Lambaste," | : | |
| also known as "Dick NeCarlo," | | |
| | : | |
| and | : | |
| | : | |
| NICHOLAS R. OCHS, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Order, the United States and Defendants Nicholas DeCarlo and Nicholas Ochs provide the following Joint Status Report:

a.  Possibility of Early Resolution

The parties have discussed the possibility of an early resolution of this case. It does not appear that the parties will resolve this matter without a trial.

b.  Speedy Trial Act

The parties stipulate and agree that the Court should find that the time between February 25, 2022 and the trial of this matter shall be excluded under the Speedy Trial Act, in the interests of justice. While certain periods of time would be excluded under 18 U.S.C. § 3161(h)(1)(D) (in connection with pretrial motions), the Court should further find that ends of justice served by the granting of a continuance between February 25, 2022 and the trial date outweigh the best interests of the public and the defendant in a speedy trial, based on considerations including

1

those set forth in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv). Specifically, and as described in more detail most recently in the government's February 11, 2022 status memorandum (ECF No. 67), the cases arising from the January 6, 2021 breach of the Capitol are interrelated, and discovery related to these matters is extremely voluminous; production remains ongoing. Defendants and their counsel need sufficient time to review the discovery in this case to prepare effectively for trial. Additionally, counsel have other matters set for trial in the coming months, and continuity of counsel further supports the exclusion of time under 18 U.S.C. § 3161(h)(7)(B)(iv).

      c.      <u>Motions Schedule</u>

Based on the trial dates listed below, the parties suggest a motion deadline of either September 15, 2022 (with oppositions due October 6 and replies due October 20) (for a November 15 trial); October 6, 2022 (with oppositions due October 27 and replies due November 10) (for a December 6 trial); or January 6, 2023 (with oppositions due January 27 and replies due February 10) (for a March 6, 2023 trial).

      d.      <u>Trial</u>

The parties propose the following three trial dates: November 15, 2022, December 6, 2022, or March 6, 2023. The parties estimate that trial will take two weeks.

    Respectfully submitted,

    Matthew M. Graves
    United States Attorney
    D.C. Bar No. 481052


    By:/s/ *Alexis J. Loeb*
    Alexis J. Loeb
    California Bar No. 269895
    Assistant United States Attorney
    Detailee
    United States Attorney's Office
    for the District of Columbia
    Tel. (415) 436-7168
    alexis.loeb@usdoj.gov

    By: /s/ *Robert Feitel*
    Robert Feitel, Esq.
    Law Office of Robert Feitel
    1300 Pennsylvania Ave. NW
    #190-515
    Washington, D.C.  20004
    D.C. Bar No. 366673
    Tel. 202-450-6133 (office)
    Tel. 202-255-6637 (cellular)
    RF@RFeitelLaw.com
    Attorney for Nicholas DeCarlo


    By: /s/ *Edward B. MacMahon, Jr.*
    Edward B. MacMahon, Jr., PLC
    P.O. Box 25
    107 East Washington Street
    Middleburg, Virginia 20118
    Washington, D.C.  20004
    D.C. Bar No. 366673
    Tel. 540-687-3902
    Fax 540-687-6366
    Ebmjr@macmahon-law.com
    Attorney for Nicholas R. Ochs