UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Case No. 21-cr-73-BAH |
| v. | : | |
| | : | |
| NICHOLAS DECARLO and | : | |
| NICHOLAS OCHS, | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' REPORT REGARDING VIDEO EVIDENCE DESCRIBED IN STATEMENT OF OFFENSE**

In response to the Court's Minute Order of August 29, 2022, the United States submits this report on the video evidence described in defendants Nicholas DeCarlo and Nicholas Ochs' Statements of Offense. The chart below includes information regarding the length and source of each video. The government has shared the referenced exhibits with the Court and with defense counsel via USAfx. The government has also conferred with counsel for both defendants, and all parties take the position that the exhibits may be released to the public without restriction.

| Exhibit No. | File Name | Source | Length | Relevant Portion | Referenced in These Paragraphs |
| --- | --- | --- | --- | --- | --- |
| 1 | 244_GHEE0674.mp4 | DeCarlo GoPro | 2:28 | Entire video (driving to D.C.) | DeCarlo ¶ 9, Ochs ¶ 10 |
| 2 | 247_GHEF0675.mp4 | DeCarlo GoPro | 0:46 | Entire video (arrival in D.C.) | DeCarlo ¶ 9, Ochs ¶ 10 |
| 3 | IMG_1162.mov | Ochs cell phone | 0:55 | Entire video (presence at rally; "Gloria" audible in background)[1] | DeCarlo ¶ 9, Ochs ¶ 10 |
| 4 | IMG_1163.mov | Ochs cell phone | 0:33 | Entire video (presence at rally; "Gloria" audible in background) | DeCarlo ¶ 9, Ochs ¶ 10 |
| 5 | 253_GHEH0677.mp4 | DeCarlo | 2:12 | 0:00-1:45 (attendance at | DeCarlo ¶ 9, |

---

[1] The song "Gloria" was played at the "Save America March".at 3:26:47 immediately before President Trump's appearance was announced. *See* C-Span, *Rally on Electoral College Certification,* available at https://www.c-span.org/video/?507744-1/rally-electoral-college-vote-certification (timestamp 3:23:55-3:28:58).

1

| | | GoPro | | rally; speeches audible in background) | Ochs ¶ 10 |
|---|---|---|---|---|---|
| 6 | 256_GHEI0678.mp4 | DeCarlo GoPro | 0:26 | 0:16-0:21 (discussion of going to the Capitol) | DeCarlo ¶ 9, Ochs ¶ 10 |
| 7 | 12_GHEK0681.MP4 | DeCarlo flash drive | | Entire video (marching toward the Capitol) | DeCarlo ¶ 9, Ochs ¶ 10 |
| 8 | 335_GHEN0685.mp4 | DeCarlo GoPro | 5:00 | 0:33-0:55 (quoted language in DeCarlo ¶ 10/Ochs ¶ 11); 1:30-2:05 (arrival at West Front) 2:53-3:07 (quoted language in DeCarlo ¶ 11/Ochs ¶ 12) | DeCarlo ¶¶ 10-11, Ochs ¶¶ 11-12 |
| 9 | 24_VID_20210106_133453381.mp4 | DeCarlo flash drive | 1:56 | 0:15-0:59 (example of flash bangs) | DeCarlo ¶ 11, Ochs ¶ 12 |
| 10 | IMG_1173.MOV | Ochs cell phone | 3:49 | Entire video (advancing under the scaffolding) | DeCarlo ¶ 12, Ochs ¶ 13 |
| 11 | IMG_1177.MOV | Ochs cell phone | 3:02 | 2:30-3:02 (beginning to retreat from scaffolding) | DeCarlo ¶ 12, Ochs ¶ 13 |
| 12 | Video from YouTube - extinguish the fires of hatred | Downloaded from YouTube | 1:34 | 0:43-1:10 (emerging from scaffolding); 1:10-1:28 (throwing smoke bomb at police) | DeCarlo ¶ 12, Ochs ¶ 13 |
| 13 | IMG_1182.MOV | Ochs cell phone | 2:48 | 0:20-0:45 (DeCarlo tells Ochs he forgot to pull the pin) | DeCarlo ¶ 12, Ochs ¶ 13 |
| 14 | IMG 1184.MOV | Ochs cell phone | 3:17 | Entire video 0:00-1:35 (climbing through scaffolding, up stairs, and arriving at Upper West Terrace) | DeCarlo ¶ 13, Ochs ¶ 14 |
| 15 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h23min21s000ms.asf | U.S. Capitol Police CCV | 0:37 | 0:00-0:30 (entering Capitol and turning down a hallway) | DeCarlo ¶ 13, Ochs ¶ 14 |
| 16 | IMG_1194.mov | Ochs cell phone | 1:07 | Entire video (passing through atrium and arriving in Crypt) | DeCarlo ¶ 13, Ochs ¶ 14 |
| 17 | 0178 USCH 01 Crypt East-2021-01-06_14h25min44s000ms.asf | U.S. Capitol Police CCV | 4:19 | 0:23-0:25 (in Crypt) | DeCarlo ¶ 13, Ochs ¶ 14 |
| 18 | 32_VID_20210106_142239193.mp4 | DeCarlo flash drive | 5:31 | 0:30-3:00 (entering Capitol and traveling to Crypt); 3:36-4:06 (smoking cigarettes); 4:37 ("Congress goes | DeCarlo ¶¶ 13-14, Ochs ¶¶ 14-15 |

| | | | | into lockdown"); 4:49-4:55 ("Where's Nancy? Where you at, Nancy?"); 4:56-5:00 (smoking cigarettes) | |
|---|---|---|---|---|---|
| 19 | Cam_1fc42017.mp4 | Ochs cell phone | 0:08 | Entire video (smoking cigarettes) | DeCarlo ¶ 14, Ochs ¶ 15 |
| 20 | IMG_1196.mov | Ochs cell phone | 0:37 | Entire video (in Crypt East Lobby; watching crash door obstruction) | DeCarlo ¶ 15, Ochs ¶ 16 |
| 21 | 33_VID_20210106_143022940.mp4 | DeCarlo flash drive | 1:34 | 0:00-0:16 (in Crypt East Lobby; watching crash door obstruction) | DeCarlo ¶ 15, Ochs ¶ 16 |
| 22 | 7206 USCS 01 Crypt Lobby East-2021-01-06_14h30min27s000ms.asf | U.S. Capitol Police CCV | 0:30 | 0:00-0:15 (in Crypt East Lobby; watching crash door obstruction) | DeCarlo ¶ 15, Ochs ¶ 16 |
| 23 | IMG_1198.mov | Ochs cell phone | 2:00 | 0:40-0:56 (entering Capitol Visitor Center) | DeCarlo ¶ 16, Ochs ¶ 17 |
| 24 | 0262 USCH 02 Statuary Hall-2021-01-06_14h53min58s000ms.asf | U.S. Capitol Police CCV | 1:47 | 00:20-00:30 (in Statuary Hall) | DeCarlo ¶ 16, Ochs ¶ 17 |
| 25 | IMG_1204.mov | Ochs cell phone | 0:36 | 0:26-0:36 (greeting Nordean and Rae in the East Foyer) | DeCarlo ¶ 16, Ochs ¶ 17 |
| 26 | 0686 USCH 02 Rotunda Door Interior-2021-01-06_14h41min25s000ms.asf | U.S. Capitol Police CCV | 2:01 | 0:28-1:00 (greeting Nordean and Rae in the East Foyer); 1:01-1:12 (Nordean, Rae, and Ochs moving to Rotunda entrance; Ochs patting Nordean's arm); 1:50-2:00 (DeCarlo leaving East Foyer and entering Rotunda) | DeCarlo ¶ 16, Ochs ¶ 17 |
| 27 | 0960 USC 02 Rotunda North-2021-01-06_14h42min34s000ms.asf | U.S. Capitol Police CCV | 3:51 | 1:50-2:00; 3:25-3:40 (examples of interactions with Nordean and Rae in the Rotunda) | DeCarlo ¶ 17, Ochs ¶ 18 |
| 28 | 210107 LAURA USA CAPITOL WASHINGTON.mp4 | Bangumi (French news agency) | 2:41:51 | 59:40-1:00:10 ("Nancy's office!") | DeCarlo ¶ 17, Ochs ¶ 18 |
| 29 | 7029 USCS 02 Rotunda Door Interior – 2021-01-06_14h59min01s000ms.asf | U.S. Capitol Police CCV | 0:52 | 0:00-0:45 (defendants exiting Capitol Building) | DeCarlo ¶ 17, Ochs ¶ 18 |

| 30 | IMG_1214.MOV | Ochs cell phone | 0:25 | Entire video (writing "Murder the Media") | DeCarlo ¶ 18, Ochs ¶ 19 |
| --- | --- | --- | --- | --- | --- |
| 31 | 0180 USCH Memorial Door Exterior-2021-01-06_15h08min23s000ms.asf | U.S. Capitol Police CCV | 3:38 | 0:00-0:50 (rummaging through USCP bag and taking flexcuffs); 1:20-2:55 (writing "Murder the Media" on door and posing for photographs) | DeCarlo ¶¶ 18-19, Ochs ¶¶ 19-20 |
| 32 | cam_d6e6610c.mp4 | Ochs cell phone | 0:19 | Entire video | DeCarlo ¶ 20, Ochs ¶ 22 |
| 33 | cam_14368921.mp4 | Ochs cell phone | 0:39 | Entire video | DeCarlo ¶ 21, Ochs ¶ 23 |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: __/s/ Alexis Loeb_____
Alexis Loeb
Assistant United States Attorney
Detailee
CA Bar No. 269895
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
Phone: 415-436-7168
Email: Alexis.Loeb@usdoj.gov