UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-Cr.- 73- (BAH) |
| v. | : | |
| NICHOLAS DECARLO | : | |
| and | : | |
| NICHOLAS OCHS | : | |
| Defendants. | : | |

**DEFENDANTS' AMENDED MOTION FOR ADDITIONAL
TIME TO FIL SENTENCINGMEMORANDUM**

Defendant Nicholas DeCarlo respectfully files this pleading to advise the Court that the defendants'require only until Tuesday, November 29, 2022 - in which to file the Sentencing Memorandum in this case. Counsel apologizes for the confusion in the defense pleading.

An appropriate draft Order is attached hereto for the Court's review.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney (detailee) Alexis Loeb, and to counsel for co-defendant Nicholas Ochs, this 28th day of November, 2022.

*Robert Feitel*
_____
Robert Feitel