UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-Cr.- 73- (BAH) |
| v. | : | |
| NICHOLAS DECARLO | : | |
| Defendant. | : | |

**DEFENDANTS' AMENDED EXHIBIT 1**
**TO SENTENCING MEMORANDUM**

Defendant Nicholas DeCarlo respectfully files this pleading to advise the Court that Exhibit 1 in support of the Defendant's Sentencing Memorandum apparently did not upload properly to ECF. Attached to this pleading is a new PDF version of the document.

Respectfully submitted,

*Robert Feitel*
_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney (detailee) Alexis Loeb, and to counsel for co-defendant Nicholas Ochs, this 29th day of November, 2022.

*Robert Feitel*
_____
Robert Feitel