UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :  Case No. 21 Cr. 73-1 (BAH)

v.  :

NICHOLAS DECARLO  :

Defendant.  :

**DEFENDANT'S MEMORANDUM
IN AID OF SENTENCING**

**DEFENDANT'S EXHIBIT 1
(DEFENDANT'S LETTER TO THE COURT)**

Dear Cheif Justice Berryl Howell,

I'm writing this letter to explain myself, my role in the events that took place on January 6th 2021, and what I've done to try to do better with my life since. My original intent was to travel to what I expected to be a typical Trump rally and get interviews with bizarre people and internet celebrities. Many of the events that street journalists have given my brand, MTMedia, their footage from have had wild names, one in particular I remember was the "End Domestic Terrorism" rally in 2019 in Portland. I'm not a political person, nor are most who follow my channel, but my followers and I enjoy looking at what these people and events are like with content recorded very close to what happened.

I know my actions I took from that day were horrible, and my commentary on said actions make me out to look even worse. When I make appearances online, I usually act as a parody character of myself, which is part of why I donned the nickname "Dick NeCarlo" as a way to make it clear I'm not really being serious or stating my beliefs. I'm not a violent person, I don't even enjoy fighting or defending myself because I don't like hurting people. It's no excuse for my actions and my role, but I was very much swept up in the heat of things happening that day that mixed with my desire to bring original content to my followers with a satyrical approach.

Since that day, I've taken a lot of time to self reflect and analyze what I'm doing with my life and the message(s) I try to relay to the followers of my brand. I've made several attempts to improve my life and try to help/teach others. I received a certificate from University North Texas to educate special needs young adults in the workplace, a job I kept for almost a year. I would've loved staying with that as a career, but my parents' health and well-being isn't looking great, so I accepted a job offer from a friend for awhile in the automotive field, a move I made to generate extra income for my parents.

These new job paths taken had another intent though, which was to keep me busier with more career-like work than the easy "making enough to get by" jobs I've previously had. I've been drowning in my thoughts and regrets with what I've done. I constantly wish I had just said No to even attending that event. I'm a gullible person, I don't learn very speedily or efficiently, I'm easy to upset and manipulate, and these things probably are what helped me get swept up so easily thath day. I wish it were possible to go back to that day and just have left the whole event once the former president's speech was over.

I'm sorry, and I truly regret everything I did.

Nicholas DeCarlo