# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**NICHOLAS DECARLO,**<br>also known as "Dick Lambaste,"<br>also known as "Dick NeCarlo,"<br><br>and<br><br>**NICHOLAS R. OCHS,**<br><br>   Defendants. | Case No. 21-cr-73-1 (BAH) |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS
### PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibits to the Government's Reply to Nicholas DeCarlo's Sentencing Memorandum. The videos have been provided to defense counsel and the Court via USAfx. As videos, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. Exhibit 1: A clip from a Murder the Media/Thunderdome video that appeared on YouTube. The clip is seven minutes and ten seconds long, and it captures approximately minutes 42 through 49 of a one-hour, 21-minute broadcast. In the clip, Nicholas DeCarlo is seated between two other individuals, and all three discuss aspects of the riot at the U.S. Capitol.

2. Exhibit 2: A one-hour, 21-minute "Murder the Media/Thunderdome" video that appeared on YouTube. Exhibit 1 is a clip drawn from Exhibit 2.

If the Court accepts the proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

*/s/ Alexis J. Loeb*
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailee
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA, 94102