UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :      Case No. 21 Cr. 73-1 (BAH)

v.                                 :

NICHOLAS DECARLO                   :

Defendant.                         :

## DEFENDANT'S SUBMISSSION
## OF LETTERS IN AID OF SENTENCING

Defendant Nicholas DeCarlo respectfully submits the attached five letters in support of the sentencing in this case. The submissions were written by his family and friends.

Respectfully submitted,

*Robert Feitel*

---

Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court and sent via ECF to Alexis Loeb, United States Attorney's Office for the District of Columbia (detailee) and Edward McMahon, counsel for co-defendant Nichols Ochs, this 5th day of December, 2022.

*Robert Feitel*

_____
Robert Feitel

I would like to give you some insight to my son Nicholas from his parents view. Nicholas has always been a son we loved very much and could always rely on. He has always been there for us and continues to be here for us whenever we need him and no matter what we need him for. My husband and I are both disabled. My husband has been through almost losing his leg and having a quintuple bypass 14 months ago. This has left him unable to do a lot of things or at the minimum, need help with things he tries to do. Nicholas is always here to help without question. He is a very loving and caring man and would give the shirt off his back if someone needed it. He has had huge challenges academically in his youth but he never gave up. I personally feel some of his challenges weren't identified and addressed by health care and I feel he sometimes doesn't understand the consequences that can come with actions. His learning disabilities have always stayed close to the surface for him . He had a job helping young adults with learning disabilities and autism get into the workforce. He took great pride in that and we of course were very proud as well.

Nicholas is a really good person and is loved and respected by many. I don't know what we would do without him.

Please take these things into consideration and show our son leniency in his case.

Thank you for taking the time to read my letter.

Sincerely yours,
Virginia and Thomas DeCarlo

Pierce Williams -Long time friend Of Nicholas DeCarlo. Nick is one of my closest and longest friends, I've been coworkers and roommates with him throughout the 9 years I've known him.

From the beginning he's always been a very close friend. He mentored me at my first ever job and our friendship grew from there. He was my reference to get employed at 2 jobs we both worked at. Without his reference I wouldn't have advanced my career. He was the first to call and congratulate me on my first born child. He's the type of guy you can call if you need a helping hand or just to reach out to for some conversation to help you through whatever it might be. He's been there for me through thick and thin. Nick has used his platform to raise money for various charities including helping moms give their children presents for Christmas. He was recently employed as a job coach for various levels of functioning mental deficiency children. Helping these kids learn the responsibilities of the work force and become functional members of society. I believe he's aware he's made mistakes in regards to this proceeding and I do believe that he is remorseful for said mistakes. I hope that this statement has helped show a Nick that might not be shown through the trial. I hope this statement will also hope in regards to sentencing, due to him helping his mother and father with his grandmother that lives with him who has health issues as well as his father who has several health issues. Nick has definitely made some mistakes, but he's working on correcting those mistakes. I think he will continue to do better in the future on repairing the situation that he is in.

To whom it may concern,

My name is June Cox. I am writing In regards to Nicholas DeCarlo's character. I'm currently a corporal at the Johnson County Jail. Previously, I ran restaurants for twenty-five years. Nicholas DeCarlo worked with and for me at three different companies. He was always a loyal rule abiding employee. He held a supervisory position also. I have witnessed him mentor younger kids in the industry. In addition to his work ethic, Nicholas was someone I called when I received a call that my youngest brother had been shot In the head a few years ago. He was at the hospital daily with my family. He later went on to babysit my nephew as my brother who did survive was not capable. These things are a testimony to his character. He did the right thing even when it wasn't his place to do so. I understand that he was impressionable and followed a very bad lead. All I ask is that we remember that we live in a country of opportunity and second chances. I ask that he is given a chance to be better and do better. Being held accountable is important and i understand that. I know from being in this career that we see our system fail often. However, when I see someone turn their life around that I've seen make bad decisions in this system that it is the most amazing feeling. I sincerely understand the gravity of the situation and I also recognize that Nicholas DeCarlo is not the mastermind in this situation. I hope this letter does not fall on deaf ears. Thank you for your most valuable time. June Cox

Dear Judge, I am writing to you today on behalf of my very close friend Nicholas DeCarlo. I have known Nicholas for about 5 years. I have never known him to be anything other than a kind and caring person, that has always been there for anyone that needed him. I have never seen him be violent or mean. He carries himself as a nice and jovial person. He and I have participated and hosted multiple charitable fundraisers together that have benefited Veterans, children, people that have needed medical and financial assistance. At the time of writing this letter we are planning to host another charity event together for a family who's mother has been diagnosed with stage 4 cancer.
One of Nicholas's jobs was training disabled people obtain and perform at a career. Which he said to me was the most fulfilling thing he had done with his life.
The reason I'm telling you this is to show that Nicholas is a positive benefit to society. My family and I absolutely love Nicholas and know it would be a loss for our community if he were to go to prison.

Thank you for taking the time to read this

Justin Dunn, Mansfield TX

To whom this may concern:

My name is Jason Simmons. I have been a close friend to Nick DeCarlo for 8 years. I'm writing this letter, not to proclaim Nick's innocence, but to express to the court the Nick DeCarlo that I know and love, not the person being portrayed by the allegations and the media. He's a person I deeply trust. He'll give you his last dollar and the shirt off of his back. Don't get me wrong, I'm not saying he's a perfect person by any means, but I've seen him do some amazing things! He's worked with special needs children and did an amazing job. My 9 year old calls him " Uncle Nick " ! He's a big loving, compassionate goofball who goes out of his way to make people smile. He's not some violent criminal mastermind , he's just a genuinely good guy who made a stupid mistake. Please, don't take this letter as gesture from one of Nick's mere acquaintances…This is from a dear friend. He's like a brother that I love with all my heart. With all consideration, I beg you to see Nick for who he really is, not what you've heard. Thank you very much for your time.

Sincerely,
Jason Simmons