UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-Cr.- 73- (BAH) |
| v. | : | |
| NICHOLAS DECARLO | : | |
| Defendant. | : | |

### DEFENDANT'S RESPONSE TO COURT INQUIRY

Defendant Nicholas respectfully responds to this Court's inquiry of December 5, 2022, and states that the defense has no objection to the supplemental video excerpts submitted by the Government on December 2, 2022, being made publicly available without restriction.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney (detailee) Alexis Loeb, United States Attorney's Office for the District of Columbia, this 6th[st] day of December, 2022.

*Robert Feitel*

_____
Robert Feitel