# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 21-00073 |
| v. | |
| NICHOLAS DECARLO and NICHOLAS OCHS, | Judge Beryl A. Howell |
| Defendants. | |

## ORDER

Upon consideration of defendants Nicholas DeCarlo and Nicholas Ochs's Motion for Release Pending Resolution of their Motion for Post-Conviction Relief, ECF No. 112, the legal memoranda in support and in opposition and consideration of the entire record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion for Release Pending Resolution of their Motion for Post-Conviction Relief, ECF No. 112, is **DENIED**.

**SO ORDERED.**

Date: September 4, 2024

_____
**BERYL A. HOWELL**
United States District Judge