UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS DECARLO and NICHOLAS OCHS,<br><br>Defendants. | Criminal Action No. 21-00073<br><br>Judge Beryl A. Howell |

# ORDER

Upon consideration of defendants Nicholas DeCarlo and Nicholas Ochs's Motion for Post-Conviction Relief, ECF No. 112, the legal memoranda in support and in opposition and consideration of the entire record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that defendants' Motion for Post-Conviction Relief, pursuant to 28 U.S.C. § 2255, ECF No. 112, is **GRANTED**; it is further

**ORDERED** that each defendant's conviction on Count Two of the Superseding Indictment charging a violation of 18 U.S.C. § 1512(c)(2) is VACATED; it is further

**ORDERED** that the vacatur of each defendant's conviction on Count Two of the Superseding Indictment charging a violation of 18 U.S.C. § 1512(c)(2) is **STAYED** for 30 days, until December 2, 2024, to allow the government to determine whether to revive dismissed charges or bring additional charges against defendants; it is further

**ORDERED** that defendants be promptly released from the custody of the U.S. Bureau of Prisons and, during the stay of vacatur of defendants' convictions, defendants shall be subject to the same conditions of release previously imposed prior to their surrender to serve their sentences; and it is further

**ORDERED** that the parties shall file jointly, prior to the expiration of the stay of vacatur of defendants' conviction and no later than November 25, 2024, a report informing the Court as to the status of this matter.

**SO ORDERED.**

Date: November 1, 2024

                                                                **BERYL A. HOWELL**
                                                                United States District Judge