# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.:    1:21-cr-00073 (BAH) |
| | : | |
| **NICHOLAS DeCARLO,** | : | |
| also known as "Dick Lambaste," | : | |
| also known as "Dick NeCarlo," | : | |
| | : | |
| and | : | |
| | : | |
| **NICHOLAS OCH,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Carolyn J. Jackson is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully Submitted,

DATED: January 15, 2025

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ Carolyn Jackson
Carolyn J. Jackson
D.C. Bar No. 1644971
Assistant United States Attorney
601 D Street N.W.
Washington D.C. 20579
carolyn.jackson@usdoj.gov
(202) 252-7078

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ Carolyn Jackson
Carolyn J. Jackson
D.C. Bar No. 1644971
Assistant United States Attorney
601 D Street N.W.
Washington D.C. 20579
carolyn.jackson@usdoj.gov
(202) 252-7078