UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 21-CR-73 (BAH) |
| v. | : |
| | : |
| NICHOLAS DECARLO and | : |
| NICHOLAS OCHS, | : |
| | : |
| | : |
| Defendants. | : |

# ORDER

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Second Superseding Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE BERYL A. HOWELL
United States District Court Judge